UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON SCHMIDT,

        Plaintiff,

v.

CITY OF SEATTLE, RICHARD ZURCHER, individually and in his capacity as an OFFICER of the SEATTLE POLICE DEPT., and JANE DOE ZURCHER; DET. KATHRYN HERNAN, individually and in her Official capacity as a DETECTIVE of the SEATTLE POLICE DEPARTMENT, and JOHN DOE HERNAN; D. LOWE individually and in his Official Capacity as a LIEUTENANT of the SEATTLE POLICE DEPARTMENT, and JANE DOE LOWE; GIL KERLIKOWSKE, individually and in his Official capacity as the CHIEF of the SEATTLE POLICE DEPARTMENT, and JANE DOE KERLIKOWSKE,

        Defendants.

Case No. C08-105TSZ

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFF and on behalf of DEFENDANTS in the unopposed amount of $695.35.

Entered this ___13th___ day of JANUARY , 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1